**Fill in this information to identify the case:**

**Debtor 1** Richard Parnell

**Debtor 2** ____________________

**(Spouse, if filing)**

**United States Bankruptcy Court for the:** Central District of California (Riverside) **(State)**

**Case number** 6:19-bk-14348-SY

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See bankruptcy rule 3002.1

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust

**Court claim no.** (if known): 6

**Last four digits** of any number you use to identify the debtor's account: 7978

**Date of payment change:** June 1, 2025
Must be at least 21 days after date of this notice

**New total payment:** $1,303.79
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____________________

**Current escrow payment:** $474.73 **New escrow payment:** $568.16

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: ____________________

**Current Interest Rate:** **New interest rate:**

**Current principal and interest payment:** **New principal and interest payment:**

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect)

Reason for change:

**Current mortgage payment:** **New mortgage payment:**

Debtor 1 Richard Parnell Case Number *(if known)* 6:19-bk-14348-SY

First Name Middle Name Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

- ☐ I am the creditor.
- ☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Shannon Doyle Date 04/16/2025

Signature

Print: Shannon Doyle Title Bankruptcy Attorney

First name Middle Name Last name

Company GHIDOTTI | BERGER LLP

Address 1920 Old Tustin Ave,

Number Street

Santa Ana, CA 92705

City State Zip Code

Contact phone (949) 427-2010 Email: bknotifications@ghidottiberger.com

SN SERVICING CORPORATION
323 5TH ST
EUREKA CA 95501

(800) 603-0836 / (707) 443-1562 (fax)
Para Español, Ext. 2771 o 2798
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #[redacted]
Branch Office NMLS #[redacted]

RICHARD PARNELL
521 E MONTROSE ST
RIALTO CA 923767606

Analysis Date: April 04, 2025 Final
Property Address: 521 EAST MONTROSE STREET RIALTO, CA 92376 Loan: [redacted]

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from June 2024 to May 2025. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jun 01, 2025: |
|---|---|---|
| Principal & Interest Pmt: | 735.63 | 735.63 |
| Escrow Payment: | 474.73 | 568.16 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,210.36 | $1,303.79 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Apr 01, 2025 |
| Escrow Balance: | (258.03) |
| Anticipated Pmts to Escrow: | 949.46 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $691.43 |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 1,403.98 | 816.54 |
| Jun 2024 | 468.00 | 981.45 | | | * | 1,871.98 | 1,797.99 |
| Jul 2024 | 468.00 | 474.73 | | | * | 2,339.98 | 2,272.72 |
| Aug 2024 | 468.00 | 474.73 | | | * | 2,807.98 | 2,747.45 |
| Sep 2024 | 468.00 | 474.73 | | | * | 3,275.98 | 3,222.18 |
| Oct 2024 | 468.00 | 474.73 | | | * | 3,743.98 | 3,696.91 |
| Nov 2024 | 468.00 | 474.73 | | | * | 4,211.98 | 4,171.64 |
| Nov 2024 | | | | 1,899.78 | * County Tax | 4,211.98 | 2,271.86 |
| Dec 2024 | 468.00 | 474.73 | 2,011.43 | | * County Tax | 2,668.55 | 2,746.59 |
| Dec 2024 | | 39.11 | | | * Int on Escrow Pmt | 2,668.55 | 2,785.70 |
| Jan 2025 | 468.00 | 474.73 | | | * | 3,136.55 | 3,260.43 |
| Feb 2025 | 468.00 | 474.73 | | | * | 3,604.55 | 3,735.16 |
| Feb 2025 | | | | 2,568.15 | * Homeowners Policy | 3,604.55 | 1,167.01 |
| Mar 2025 | 468.00 | 474.73 | 1,593.15 | | * Homeowners Policy | 2,479.40 | 1,641.74 |
| Mar 2025 | | | | 1,899.77 | * County Tax | 2,479.40 | (258.03) |
| Apr 2025 | 468.00 | | 2,011.40 | | * County Tax | 936.00 | (258.03) |
| May 2025 | 468.00 | | | | * | 1,404.00 | (258.03) |
| | | | | | Anticipated Transactions | 1,404.00 | (258.03) |

| | | | | | |
|---|---|---|---|---|---|
| Apr 2025 | | 474.73 | | | 216.70 |
| May 2025 | | 474.73 | | | 691.43 |
| | $5,616.00 | $6,242.59 | $5,615.98 | $6,367.70 | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 5,615.98. Under Federal law, your lowest monthly balance should not have exceeded 936.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 691.43 | 1,591.94 |
| Jun 2025 | 530.64 | | | 1,222.07 | 2,122.58 |
| Jul 2025 | 530.64 | | | 1,752.71 | 2,653.22 |
| Aug 2025 | 530.64 | | | 2,283.35 | 3,183.86 |
| Sep 2025 | 530.64 | | | 2,813.99 | 3,714.50 |
| Oct 2025 | 530.64 | | | 3,344.63 | 4,245.14 |
| Nov 2025 | 530.64 | | | 3,875.27 | 4,775.78 |
| Dec 2025 | 530.64 | 1,899.78 | County Tax | 2,506.13 | 3,406.64 |
| Jan 2026 | 530.64 | | | 3,036.77 | 3,937.28 |
| Feb 2026 | 530.64 | | | 3,567.41 | 4,467.92 |
| Mar 2026 | 530.64 | 2,568.15 | Homeowners Policy | 1,529.90 | 2,430.41 |
| Apr 2026 | 530.64 | 1,899.77 | County Tax | 160.77 | 1,061.28 |
| May 2026 | 530.64 | | | 691.41 | 1,591.92 |
| | $6,367.68 | $6,367.70 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 1,061.28. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 1,061.28 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 691.43. Your starting balance (escrow balance required) according to this analysis should be $1,591.94. This means you have a shortage of 900.51. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 24 months.

We anticipate the total of your coming year bills to be 6,367.70. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---|
| Unadjusted Escrow Payment | 530.64 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 37.52 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $568.16 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,266.27 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the original appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

*** Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1920 Old Tustin Avenue, Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Mortgage Payment Change**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 16, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel for Debtor(s): Benjamin Heston , bhestonecf@gmail.com
Chapter 13 Trustee: Rod Danielson (TR), notice-efile@rodan13.com
U.S. Trustee: United States Trustee (RS), ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 16, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor(s): Richard Parnell, 521 Montrose Street, Rialto, CA 92376
Judge: Scott H. Yun,

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 16, 2025 | Amanda Spallone | /s/ Amanda Spallone |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |