**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>**RICHARD PARNELL**<br><br>Debtor(s). | Case No.: 6:19-bk-14348-SY<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE**<br>[ 11 U.S.C. 1307(c) ]<br><br>**Hearing Date: 01/17/2023** |

TO DEBTOR(S), COUNSEL, AND ALL INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss dated 12/01/2022.

The hearing on this motion which was scheduled for 01/17/2023, should be taken off calendar.

Date: 12/19/2022

_____
Rod Danielson, Chapter 13 Trustee

FG:181 - 12/19/2022 - TH