Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:19-bk-14348-SY AS OF 3/31/2023**

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/28/23 | $98.00 | 03/2023 | $1,698.00 |
| 03/28/23 | $1,000.00 | 02/2023 | $1,100.00 |
| 03/08/23 | $600.00 | 01/2023 | $1,600.00 |
| 02/28/23 | $500.00 | 12/2022 | $2,335.00 |
| 02/13/23 | $600.00 | 11/2022 | $0.00 |
| 01/31/23 | $500.00 | 10/2022 | $0.00 |
| 01/04/23 | $100.00 | 09/2022 | $1,075.00 |
| 01/04/23 | $1,000.00 | 08/2022 | $1,150.00 |
| 12/15/22 | $235.00 | 07/2022 | $500.00 |
| 12/15/22 | $1,000.00 | 06/2022 | $2,098.00 |
| 12/07/22 | $200.00 | 05/2022 | $200.00 |
| 12/01/22 | $900.00 | 04/2022 | $900.00 |

RICHARD PARNELL
521 E MONTROSE STREET
RIALTO, CA 92376

CURRENT CASE DISPOSITION: ACTIVE

| | | | |
|---|---|---|---|
| FILING DATE: 05/20/2019 | MONTHLY PLAN PMT AMT: $1,090.00 | FEES PAID TO ATTY: $8,762.20 | |
| 1ST MEETING DATE: 06/26/2019 | GROSS RECEIPTS: $56,372.00 | FEES PAID TO TRUSTEE: $3,494.87 | |
| CONFIRMATION DATE: 08/06/2019 | REFUNDS FR CREDITORS: $0.00 | REFUNDS TO DEBTOR: $0.00 | |
| TERM OF PLAN: 84 MONTHS | NET PAID CREDITORS: $43,114.65 | BALANCE ON HAND: $1,000.28 | |
| PERCENT TO UNSEC.: 100.00% | | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | HESTON & HESTON, ATTORNEYS AT | ATTORNEY FEE | N/A | $8,762.20 | $8,762.20 | $8,762.20 | $0.00 | $0.00 |
| 0001 | ENTERPRISE RENT A CAR | UNSECURED | 0.00 | $441.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0002 | INFINITY INSURANCE COMPANY | UNSECURED | 0.00 | $202.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | LOMA LINDA UNIVERSITY MEDICAL | UNSECURED | 0.00 | $1,517.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | CHICKADEE LLC | SECURED | 12.00 | $61,187.00 | $58,289.32 | $13,373.88 | $24,216.09 | $44,915.44 |
| 0005 | SHERWOOD MGNT CO DBA DANIEL | SECURED | 4.00 | $929.00 | $960.43 | $0.00 | $93.61 | $960.43 |
| 0006 | DITECH FINANCIAL, LLC | SECURED | 0.00 | $58,966.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0007 | US BANK TRUST NA | MORTGAGE ARREARS | 0.00 | $8,000.00 | $12,026.52 | $5,431.07 | $0.00 | $6,595.45 |
| 0008 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | $2,200.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0009 | PINNACLE CREDIT SERVICES LLC | UNSECURED | 0.00 | $0.00 | $437.56 | $0.00 | $0.00 | $437.56 |
| 0010 | PINNACLE CREDIT SERVICES LLC | UNSECURED | 0.00 | $0.00 | $699.32 | $0.00 | $0.00 | $699.32 |
| 0011 | VERIZON | UNSECURED | 0.00 | $0.00 | $173.87 | $0.00 | $0.00 | $173.87 |
| 0012 | VERIZON | UNSECURED | 0.00 | $0.00 | $120.32 | $0.00 | $0.00 | $120.32 |
| | | | | | | | **TOTAL PRINCIPAL BALANCE OWED\*:** | **$53,902.39** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL . IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS. TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.