NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RICHARD PARNELL,<br><br>Debtor. | Case No.: 6:19-bk-14348-SY<br><br>Chapter 13<br><br>**NOTICE OF HEARING AND OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING**<br><br>Hearing<br>Date: December 5, 2023<br>Time: 1:30 p.m.<br>Courtroom 302 |

TO ROD DANIELSON, CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

Debtor, Richard Parnell, hereby opposes the Trustee's Motion for Order Dismissing Chapter 13 Proceeding on the grounds that he will cure the payment delinquency prior to the hearing on this Motion or he will move to modify his plan.

Parties are hereby notified that a hearing on the Trustee's Motion for Order Dismissing Chapter 13 Proceeding has been set for December 5, 2023, at 1:30 p.m. in Courtroom 302 of the United States Bankruptcy Court - Riverside Division, located at 3420 Twelfth Street, Riverside, California 92501.

Date: November 20, 2023

NEXUS BANKRUPTCY

BENJAMIN R. HESTON
Attorney for Debtor

1