**United States Bankruptcy Court**
**Central District of California**
**Riverside**
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

---

**Tuesday, December 5, 2023**                                    **Hearing Room**    **302**

---

<u>1:30 PM</u>
**6:19-14348    Richard Parnell**                                              **Chapter 13**

                            Telephonic Hearing

#50.00    Trustee's Motion to Dismiss Case
          **(Delinquency)**

          **Susan Luong to appear by telephone (951)826-8038**
          **Benjamin Heston to appear by telephone (951)290-2827**   *Delete*

                        Docket    115

**Matter Notes:**

          **GRANTED:** _____      **DENIED:** _____

          **CONT'D. TO:** _____

              **Briefing filed:** _____

              **Opposition filed:** _____

              **Reply filed:** _____

          **WITHDRAWN:**           ✓ _____

              **Order Lodged by:** _____

**Tentative Ruling:**
    - NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

    Richard  Parnell                    Represented By
                                        Benjamin  Heston

**Trustee(s):**

    Rod  Danielson (TR)                 Pro Se

---