# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Wednesday, May 15, 2024**                                                    Hearing Room    302

<u>9:30 AM</u>
**6:19-14348    Richard Parnell**                                                                Chapter 13

#5.00    Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 521 East Montrose Street, Rialto, CA 92376

Docket    120

**Matter Notes:**

GRANTED: _____    DENIED: _____

APO: _____

CONT'D. TO: _____5-22-24 @ 9:30am_____

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

CONTINUE to 05/22/24 at 9:30 a.m.

This is a FINAL RULING and no hearing will be conducted.

| Party Information |
|---|

**Debtor(s):**

Richard Parnell                                    Represented By
                                                    Benjamin Heston

**Movant(s):**

U.S. Bank Trust National                           Represented By
                                                    Kelli M Brown
                                                    Shannon A Doyle

**Trustee(s):**

Rod Danielson (TR)                                 Pro Se