Shannon Doyle, Esq. (SBN 207291)
David Coats, Esq. (SBN 295684)
GHIDOTTI | BERGER, LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
bknotifications@ghidottiberger.com

Attorneys for Movant,
U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust,

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In Re:<br><br>Richard Parnell,<br><br>    Debtor | CASE No.: 6:19-bk-14348-SY<br><br>CHAPTER 13<br><br>NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED ON APRIL 18, 2024<br><br>Hearing Date: May 22, 2024<br>Time: 9:30 am<br>Ctrm: 302<br>Place: 3420 Twelfth Street<br>         Riverside, CA 92501<br><br>Judge: The Hon. Scott H Yun |

U.S. Bank Trust National Association as Trustee of the Cabana Series Trust hereby withdraws its Motion for Relief from Automatic Stay regarding the real property located at 521 Montrose Street, Rialto, CA 92376 filed on April 18, 2024 as Document #120.

Dated: 05/21/2024                                 /s/ Shannon Doyle
                                                              Shannon Doyle, Esq.
                                                              Attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1920 Old Tustin Avenue, Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED ON APRIL 18, 2024

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/21/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Debtor's Attorney: Benjamin Heston - bhestonecf@gmail.com
- Chapter 13 Trustee: Rod Danielson - notice-efile@rodan13.com
- U.S. Trustee: ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/21/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- Debtor: Richard Parnell, 521 E Montrose Street, Rialto, CA 92376
- Co-Debtor: Kathleen Denise Juniel, 521 East Montrose Street, Rialto, CA 92376
- Judge: The Honorable Scott H Yun, U.S. Bankruptcy Court, 3420 Twelfth Street, Suite 345, Riverside, CA 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/21/2024 | Jodi Miller | /s/ Jodi Miller |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**