**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| IN RE: | Case No.: 6:19-bk-14348-SY |
|---|---|
| RICHARD PARNELL | **NOTICE OF VOLUNTARY DISMISSAL OF TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE** [ 11 U.S.C. 1307(c) ] |
| Debtor(s). | **(No Date Set)** |

TO DEBTOR, COUNSEL, CREDITORS AND ALL OTHER INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss dated 9/3/2024.

Date:   9/24/2024

/s/ Rod Danielson
Signature

FG:168 - 09/24/2024 - TH