# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, October 22, 2024**                                                                 **Hearing Room**   **302**

**1:30 PM**
**6:19-14348**   **Richard Parnell**                                                                      **Chapter 13**

Telephonic Hearing

#30.00   Trustee's Motion to Dismiss Case
         (Delinquency)

         Susan Luong to appear by telephone (626)616-5008
         Benjamin Heston to appear by telephone (951)290-2827   *debtor*

                              Docket    134

**Matter Notes:**

   **GRANTED:** _____           **DENIED:** _____

   **CONT'D. TO:** _11-19-24 @1:30pm_

      **Briefing filed:** _____

      **Opposition filed:** _____

      **Reply filed:** _____

   **WITHDRAWN:** _____

      **Order Lodged by:** _____

**Tentative Ruling:**
   - NONE LISTED -

### Party Information

**Debtor(s):**

   Richard Parnell                          Represented By
                                                  Benjamin Heston

**Trustee(s):**

   Rod Danielson (TR)                       Pro Se