# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, November 19, 2024**  **Hearing Room 302**

**1:30 PM**
**6:19-14348   Richard Parnell**  **Chapter 13**

Telephonic Hearing

#40.00   CONT'D Trustee's Motion to Dismiss Case (Delinquency)

FR. 10/22/24

**Susan Luong to appear by telephone (626)616-5008**

Docket   134

**Matter Notes:**

GRANTED: _____     DENIED: _____

CONT'D. TO: _____

Briefing filed: _____

Opposition filed: _____

Reply filed: _____

WITHDRAWN: ✓

Order Lodged by: _____

**Tentative Ruling:**
- NONE LISTED -

## Party Information

**Debtor(s):**

Richard Parnell    Represented By
                   Benjamin Heston