# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, May 6, 2025**                                    **Hearing Room    302**

<u>1:30 PM</u>
**6:19-14348    Richard Parnell**                                    **Chapter 13**

Telephonic Hearing

**#56.00    Trustee's Motion to Dismiss Case
(Delinquency)**

**Susan Luong to appear by telephone (626)616-5008**
**Benjamin Heston to appear by telephone (949)312-1377**  *debtor*

Docket    140

**Matter Notes:**

**GRANTED:** _____    **DENIED:** _____

**CONT'D. TO:**   *6-10-25@1:30pm*

**Briefing filed:** _____

**Opposition filed:** _____

**Reply filed:** _____

**WITHDRAWN:** _____

**Order Lodged by:** _____

**Tentative Ruling:**
- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Richard  Parnell                    Represented By
                                    Benjamin  Heston

**Trustee(s):**

Rod  Danielson (TR)                 Pro Se