# United States Bankruptcy Court
## Central District of California
### Riverside
#### Scott Yun, Presiding
#### Courtroom 302 Calendar

---

**Tuesday, June 10, 2025**                                         **Hearing Room    302**

---

<u>1:30 PM</u>
**6:19-14348    Richard Parnell**                                                **Chapter 13**

Telephonic Hearing

**#54.00**    CONT'D Trustee's Motion to Dismiss Case
**(Delinquency)**

**FR. 5/6/25**

**Susan Luong to appear by telephone (626)616-5008**
**Benjamin Heston to appear by telephone (949)312-1377**

Docket        140

**Matter Notes:**

**GRANTED:** _____    **DENIED:** _____

**CONT'D. TO:** _____

**Briefing filed:** _____

**Opposition filed:** _____

**Reply filed:** _____

**WITHDRAWN:** _____

**Order Lodged by:** _____

**Tentative Ruling:**

- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Richard  Parnell                        Represented By
                                        Benjamin  Heston

---