# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Tuesday, August 26, 2025**          Hearing Room   302

**1:30 PM**
**6:19-14348**    **Richard Parnell**                                            **Chapter 13**

Telephonic Hearing

**#57.00**    Trustee's Motion to Dismiss Case
(Delinquency)

Susan Luong to appear by telephone (626)616-5008 ✓
Benjamin Heston to appear by telephone (949)312-1377 — *debtor*

Docket     145

**Matter Notes:**

    GRANTED: _____     DENIED: _____

    CONT'D. TO: _10-7-25 @ 1:30pm_

       Briefing filed: _____

       Opposition filed: _____

       Reply filed: _____

    **WITHDRAWN:** _____

       Order Lodged by: _____

**Tentative Ruling:**
    - NONE LISTED -

### Party Information

**Debtor(s):**

    Richard Parnell                             Represented By
                                                        Benjamin Heston

**Trustee(s):**

    Rod Danielson (TR)                     Pro Se