# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, October 7, 2025**                                                                                   **Hearing Room  302**

1:30 PM
**6:19-14348    Richard Parnell**                                                                                          **Chapter 13**

Telephonic Hearing

#86.00    CONT'D Trustee's Motion to Dismiss Case
**(Delinquency)**

FR. 8/26/25

Susan Luong to appear by telephone (626)616-5008
Benjamin Heston to appear by telephone (949)312-1377  — debtor

Docket    145

**Matter Notes:**

GRANTED: _____          DENIED: _____

CONT'D. TO:  _12-9-25 @ 1:30pm_

Briefing filed: _____

Opposition filed: _____

Reply filed: _____

WITHDRAWN: _____

Order Lodged by: _____

**Tentative Ruling:**
- NONE LISTED -

**Party Information**

**Debtor(s):**

Richard Parnell                                Represented By
                                               Benjamin Heston