**United States Bankruptcy Court**
**Central District of California**
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

---

**Tuesday, December 9, 2025**                                              **Hearing Room    302**

**1:30 PM**
**6:19-14348    Richard Parnell**                                                          **Chapter 13**

Telephonic Hearing

#153.00    CONT'D Trustee's Motion to Dismiss Case (Delinquency)

FR. 8/26/25; 10/7/25

Susan Luong to appear by telephone (626)616-5008
Benjamin Heston to appear by telephone (949)312-1377    — debtor

Docket    145

**Matter Notes:**
   **GRANTED:** ✓                               **DENIED:** _____

   **CONT'D. TO:** _____

      **Briefing filed:** _____

      **Opposition filed:** _____

      **Reply filed:** _____

   **WITHDRAWN:** _____

      **Order Lodged by:** _____

**Tentative Ruling:**
   - NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

   Richard Parnell                        Represented By
                                            Benjamin Heston