United States Bankruptcy Court

Central District of California

In re:
Case No. 19-14348-SY

Richard Parnell
Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6              User: admin              Page 1 of 3

Date Rcvd: Dec 12, 2025              Form ID: van153              Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Richard Parnell, 521 E Montrose Street, Rialto, CA 92376-7606 |
| 39564009 | | Chickadee, LLC, 23785 El Toro Road, #191, CA 92330 |
| 39564012 | + | Enterprise Rent A Car, Caine & Weiner, PO BOX 5010, Woodland Hills, CA 91365-5010 |
| 39564014 | + | Loma Linda University Medical Ctr, California Business Bureau, 1711 South Mountain Avenue, Monrovia, CA 91016-4256 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | EDI: EDD.COM | Dec 13 2025 06:07:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Dec 13 2025 06:07:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 39564010 | + | Email/Text: ebn@mag-llc.com | Dec 13 2025 01:15:00 | Daniel's Jewelers, c/o Merchant Credit Solutions, PO Box 3664, Tustin, CA 92781-3664 |
| 39564011 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 13 2025 01:15:00 | Ditech Financial, LLC, 2100 E Elliot Rd, Bldg 94, Tempe, AZ 85284-1806 |
| 39564013 | + | EDI: CCS.COM | Dec 13 2025 06:07:00 | Infinity Insurance Company, Credit Control Services, Inc, 725 Canton Street, Norwood, MA 02062-2609 |
| 39594094 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2025 01:13:42 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 39564015 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2025 01:13:49 | Pinnacle Credit Services, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 40425579 | + | Email/Text: ebn@mag-llc.com | Dec 13 2025 01:15:00 | SHERWOOD MANAGEMENT COMPANY INC, DBA DANIEL'S JEWELERS, C/O MERCHANTS CREDIT SOLUTIONS, PO BOX 3664, TUSTIN, CA 92781-3664 |
| 40854800 | ^ | MEBN | Dec 13 2025 01:08:04 | U.S. Bank Trust National Association as Trustee, of the Cabana Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 39702458 | + | Email/Text: bankruptcy@bsifinancial.com | Dec 13 2025 01:15:00 | U.S. Bank Trust, N.A., c/o BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 39564016 | + | Email/Text: bankruptcy@bsifinancial.com | Dec 13 2025 01:15:00 | US Bank Trust NA, c/o BSI Financial Services, 314 South Franklin St, 2nd Floor, Titusville, PA 16354-2168 |

District/off: 0973-6 | User: admin | Page 2 of 3
Date Rcvd: Dec 12, 2025 | Form ID: van153 | Total Noticed: 17

| 39688985 | EDI: AIS.COM | | |
|---|---|---|---|
| | | Dec 13 2025 06:07:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 39564017 | + Email/Text: bankruptcy@800loanmart.com | | |
| | | Dec 13 2025 01:15:00 | Wheels Financial Group, LLC, dba 800-Loan-Mart, 15400 Sherman Way, Ste. 170, Van Nuys, CA 91406-4272 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Chickadee LLC |
| cr | | Courtesy NEF |
| intp | | Courtesy NEF |
| cr | | U.S. Bank Trust National Association as Trustee o |
| cr | | U.S. Bank Trust National Association as Trustee of |
| cr | | US Bank Trust NA |

TOTAL: 6 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Richard Parnell bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| D Anthony Sottile | on behalf of Creditor US Bank Trust NA bankruptcy@sottileandbarile.com |
| Erica T Loftis Pacheco | on behalf of Creditor US Bank Trust NA bknotifications@ghidottiberger.com |
| Julian K Bach | on behalf of Creditor Courtesy NEF Julian@Jbachlaw.com  julianbach@sbcglobal.net |
| Julian K Bach | on behalf of Creditor Chickadee LLC Julian@Jbachlaw.com  julianbach@sbcglobal.net |
| Kelli M Brown | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust kelbrown@raslg.com |
| Kristin A Zilberstein | on behalf of Interested Party Courtesy NEF bankruptcy@zbslaw.com kzilberstein@zbslaw.com;kzilberstein_534@ecf.courtdrive.com |
| Lemuel Bryant Jaquez | on behalf of Creditor US Bank Trust NA bknotifications@ghidottiberger.com gbadmin@ecf.courtdrive.com |

Rod Danielson (TR)
                          notice-efile@rodan13.com

Shannon A Doyle
                          on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust sdoyle@ghidottiberger.com
                          bknotifications@ghidottiberger.com

Shannon A Doyle
                          on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust sdoyle@ghidottiberger.com
                          bknotifications@ghidottiberger.com

United States Trustee (RS)
                          ustpregion16.rs.ecf@usdoj.gov


TOTAL: 12

## United States Bankruptcy Court
## Central District of California

### 3420 Twelfth Street, Riverside, CA 92501–3819

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM MOTION TO DISMISS CHAPTER 13 [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Richard Parnell

**BANKRUPTCY NO.**  6:19–bk–14348–SY

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**   xxx–xx–8561
**Employer Tax–Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 12/12/25

**Address:**
521 E Montrose Street
Rialto, CA 92376

Pursuant to the court's findings and conclusions at the hearing on the motion to dismiss in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising
under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: December 12, 2025

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van153–od13d Rev. 06/2017

**152 – 145 / SM6**