**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel.: (951) 826-8000**
**Fax: (951) 826-8090**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>RICHARD PARNELL<br><br><br>Debtor(s). | Case No.: 6:19-bk-14348-SY<br><br>**DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT**<br>**(DISMISSED CASE)** |

On 01/08/2026, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account."  This office has not received any objection(s) to the Trustee's Draft Final Report & Account within the period permitted by Rule 5009, or if any objection was received, it was either resolved or determined to be meritless.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/9/2026 at Riverside, California.

Dated: 02/09/2026                                       /s/ Rod Danielson
                                                                            Signature

FG:049 - 02/09/2026 - TH